IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL BERNARDINI,

    Petitioner,                        No. CIV S-09-2186 EFB P

    vs.

UNKNOWN,                              <u>ORDER AND</u>
                                           <u>FINDINGS AND RECOMMENDATIONS</u>
    Respondent.

_____/

    Petitioner is a prisoner proceeding without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

    On November 5, 2009, the court found that petitioner had failed to pay the filing fee required by 28 U.S.C. § 1914(a) or a request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). Petitioner was granted thirty days in which to pay the filing fee or file an application to proceed *in forma pauperis* and was warned that failure to comply would result in a recommendation that this action be dismissed.

    The 30-day period has expired and petitioner has not paid the filing fee, filed a completed *in forma pauperis* application, or otherwise responded to the court's order.

////

1

1    Accordingly, it is hereby ORDERED that the Clerk shall randomly assign a United States
2 District Judge to this case; and
3    It is hereby RECOMMENDED that this action be dismissed without prejudice.
4    These findings and recommendations are submitted to the United States District Judge
5 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one
6 days after being served with these findings and recommendations, any party may file written
7 objections with the court and serve a copy on all parties. Such a document should be captioned
8 "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections
9 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
10 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
11 Dated: February 19, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE