1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RUSSELL BERNARDINI,

11              Petitioner,                No. CIV S-09-2186 EFB P

12        vs.

13   UNKNOWN,                              ORDER AND
                                           FINDINGS AND RECOMMENDATIONS
14              Respondent.

15   _____/

16        Petitioner is a prisoner proceeding without counsel seeking a writ of habeas corpus. *See*

17   28 U.S.C. § 2254.  This proceeding was referred to this court by Local Rule 72-302 pursuant to

18   28 U.S.C. § 636(b)(1).

19        On November 5, 2009, the court found that petitioner had failed to pay the filing fee

20   required by 28 U.S.C. § 1914(a) or a request to proceed *in forma pauperis* pursuant to 28 U.S.C.

21   § 1915(a).  Petitioner was granted thirty days in which to pay the filing fee or file an application

22   to proceed *in forma pauperis* and was warned that failure to comply would result in a

23   recommendation that this action be dismissed.

24        The 30-day period has expired and petitioner has not paid the filing fee, filed a completed

25   *in forma pauperis* application, or otherwise responded to the court's order.

26   ////

                                            1

1    Accordingly, it is hereby ORDERED that the Clerk shall randomly assign a United States

2    District Judge to this case; and

3    It is hereby RECOMMENDED that this action be dismissed without prejudice.

4    These findings and recommendations are submitted to the United States District Judge

5    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one

6    days after being served with these findings and recommendations, any party may file written

7    objections with the court and serve a copy on all parties.  Such a document should be captioned

8    "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

9    within the specified time may waive the right to appeal the District Court's order. *Turner v.*

10   *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

11   Dated:  February 19, 2010.

12

13                              EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26